UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

BAYOHLE ODUNTAN, Individually and
on Behalf of All Others Similarly Situated

        Plaintiffs,                       Case No. 16-CV-1136

v.

JOY GLOBAL INC., EDWARD L.
DOHENY, II, STEVEN L. GERARD,
MARK J. GLIEBE, JOHN T. GREMP,
JOHN NILS HANSON, GALE E. KLAPPA,
RICHARD B. LOYND, P. ERIC SIEGERT,
and JAMES H. TATE,

        Defendants.

---

## NOTICE OF APPEARANCE

---

TO:     Guri Ademi
            Shpetim Ademi
            John D. Blythin
            Mark A. Eldridge
            ADEMI & O'REILLY, LLP
            3620 East Layton Avenue
            Milwaukee, WI 53110

            James M. Wilson, Jr.
            Juan Monteverde
            Nadeem Faruqi
            FARUQI & FARUQI, LLP
            685 Third Avenue, 26th Floor
            New York, NY 10017

            *Counsel for Plaintiffs*

     PLEASE TAKE NOTICE that Thomas L. Shriner, Jr., Bryan B. House, Kate E. Gehl, and Philip C. Babler of Foley & Lardner LLP will appear as counsel for Defendants Joy Global

Inc., Edward L. Doheny, II, Steven L. Gerard, Mark J. Gliebe, John T. Gremp, John Nils Hanson, Gale E. Klappa, Richard B. Loynd, P. Eric Siegert, and James H. Tate and that all future documents served in this action should be directed to their attention at the address stated below.

Dated this 16th day of September, 2016.

By: s/ Bryan B. House
Thomas L. Shriner, Jr., Bar No. 1015208
Bryan B. House, Bar No. 1022054
Philip C. Babler, Bar No. 1070437
Kate E. Gehl, Bar No. 1081421
*Attorneys for the Defendants*

FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
Email: tshriner@foley.com
Email: bhouse@foley.com
Email: pcbabler@foley.com
Email: kgehl@foley.com