UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| BAYOHLE ODUNTAN, individually and on behalf of all others similarly situated, | Case No. 16-cv-1136-pp |
| Plaintiff, | Class Action |
| v. | |
| JOY GLOBAL, INC., EDWARD L. DONENY II, STEVEN L. GERARD, MARK J. GLIEBE, JOHN T. GREMP, JOHN NILS HANSON, GALE E. KLAPPA, RICHARD B. LOYND, P. ERIC SIEGERT and JAMES H. TATE, | |
| Defendants. | |

---

**ORDER APPROVING STIPULATION (DKT. NO. 13) AND DISMISSING COMPLAINT WITH PREJUDICE**

---

On October 5, 2016, the parties filed a stipulation asking that the court dismiss the complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a). The court **APPROVES** the stipulation, Dkt. No. 13, and **ORDERS** that the complaint is dismissed with prejudice as to the above-named plaintiff only. The court retains continuing jurisdiction over the parties for the purposes of entertaining the plaintiffs' mootness fee application.

Dated in Milwaukee, Wisconsin this 7th day of October, 2016.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge